UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Burrell Clark,

    Plaintiff,

                                      Civil Case No. 21-10631

v.

Andrea Owens, *et al.*,                Sean F. Cox
                                            United States District Court Judge

    Defendants.
_____/

**ORDER
ADOPTING 11/10/21 REPORT AND RECOMMENDATION
AND GRANTING DEFENDANTS' SUMMARY JUDGMENT MOTION**

Plaintiff Burrell Clark, an incarcerated person, filed this *pro se* action asserting claims against a number of Defendants, under 42 U.S.C. § 1983. The matter was referred to the magistrate judge for all pretrial proceedings. (ECF No. 15).

On November 10, 2021, Magistrate Judge Jonathan Grey issued a Report and Recommendation wherein he recommends that a Motion for Summary Judgment filed on behalf of Defendants Ellen Campbell, Brett Coney, Andrea Owens, Kristopher Steece, Lisa Walsh, and Heidi Washington be granted. (ECF No. 26).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Accordingly, the Court hereby ADOPTS the November 10, 2021 Report and Recommendation and ORDERS that Defendants' summary judgment motion is GRANTED and Plaintiff's claims against Defendants Ellen Campbell, Brett Coney, Andrea Owens, Kristopher Steece, Lisa Walsh, and Heidi Washington are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                                                                   s/Sean F. Cox
                                                                                   Sean F. Cox
                                                                                   United States District Judge

Dated: December 7, 2021